IN THE STATE COURT OF RICHMOND COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ELYCE JENNINGS AND KEVIN JENNINGS,<br><br>     Plaintiffs,<br><br>v.<br><br>THE TJX COMPANIES, INC. AND HOMEGOODS, INC.,<br><br>     Defendants. | Civil Action<br>File No.:  2022RCSC00248 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE, Defendants The TJX Companies, Inc. and Homegoods, Inc., by and through counsel of record, have filed a Petition for Removal in the office of the clerk of the United States District Court, Southern District of Georgia, Augusta Division. A copy of the Petition for Removal is attached hereto as Exhibit "1". By virtue of law, the aforesaid case is now removed and all further proceedings in Richmond County State Court are stayed.

This 31st day of March, 2022.

Chartwell Law
Attorneys for The TJX Companies, Inc
Homegoods, Inc.

By:   /s/ Robert A. Luskin
ROBERT A. LUSKIN
GA State Bar No.  004383
rluskin@chartwelllaw.com
DANIELLE N. GLOVER
GA State Bar No.  650569
dglover@chartwelllaw.com
505 Peachtree Corners Circle Unit 200
Norcross, GA 30092
(404) 410-1151 Phone
(850) 668-7972 Fax

IN THE STATE COURT OF DOUGLAS COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ELYCE JENNINGS AND<br>KEVIN JENNINGS,<br><br>    Plaintiffs,<br><br>v.<br><br>THE TJX COMPANIES, INC. AND<br>HONEGOODS, INC.,<br><br>    Defendants. | Civil Action<br>File No.:  2022RCSC00248 |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served all counsel and parties of record with a copy of the **Notice of Removal** by statutory electronic service pursuant to O.C.G.A. § 9-11-5(b) or by depositing a copy of same in the United States Mail, postage prepaid, as follows:

Jacob D. Born, Esq.<br>
Chappell, Smith & Arden, P.A.<br>
Post Office Box 12330<br>
Columbia, SC 29211<br>
*Attorney for Plaintiffs*

This 31st day of March, 2022.

/s/  Robert A. Luskin
ROBERT A. LUSKIN
GA State Bar No.  004383
rluskin@chartwelllaw.com
DANIELLE N. GLOVER
GA State Bar No.  650569
dglover@chartwelllaw.com
505 Peachtree Corners Circle, Unit 200
Norcross, GA 30092
(404) 410-1151 Phone
(850) 668-7972 Fax