IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ELYCE JENNINGS and KEVIN JENNINGS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV 122-035 |
| | ) | |
| THE TJX COMPANIES, INC. and HOMEGOODS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

In the April 1, 2022 Order, the Court directed the parties to "file the attached Rule 26(f) report," following their Rule 26(f) conference. (Doc. no. 3.) The 26(f) Report filed by the parties does not meet this requirement. (See doc. no. 10.) The parties are **DIRECTED** to resubmit their Report using the proper form and providing all requested information within seven days of this Order. A copy of the required form for Chief United States District Judge J. Randal Hall can be located at www.gasd.uscourts.gov/sites/gasd/files/rule26f.pdf or on the Court's website www.gasd.uscourts.gov under "Forms."

SO ORDERED this 12th day of May, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA