IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ELYCE JENNINGS and KEVIN JENNINGS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 122-035 |
| THE TJX COMPANIES, INC. and HOMEGOODS, INC., | ) ) ) | |
| Defendants. | ) ) | |

**O R D E R**

The Court received the parties' joint status report and **STAYS** remaining case deadlines pending private mediation through and including October 30, 2023. (Doc. no. 35.) The parties shall advise the Court as to the status of the case by no later than November 6, 2023, and, if the case is not resolved, the Court imposes the following deadline:

| | |
|---|---|
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | November 29, 2023 |

All provisions of the prior Scheduling Orders not revised herein shall remain in full force and effect.

SO ORDERED this 5th day of September, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA